# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1344

VERSUS

JASON FLOYD PARFAIT                                    **MARCH 2, 2021**

---

In Re:    Jason Floyd Parfait, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          Nos. 815697 & 816316.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the motion to quash, the district court's ruling, the bill of information, the State's answer, if any, and any other relevant documents or transcripts that would assist with addressing his claims. Therefore, this court cannot adequately review the district court's ruling on the motion to quash. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before May 3, 2021 and should include the missing items noted above and a copy of this ruling.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT